# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:  CASE NO: 08-08030-JAF

EDNA J. LEE,
    Debtor.
_____/

## ORDER GRANTING MOTION DIRECTING EMPLOYER TO FORWARD DEBTOR EDNA J. LEE'S EARNINGS TO CHAPTER 13 TRUSTEE

This case is before the Court upon Debtor's Motion For Income Deduction Order; It is

ORDERED:

1. Beginning with the next paycheck due, **DUVAL COUNTY PUBLIC SCHOOLS**, Employer, shall deduct from each paycheck of Debtor, **EDNA J. LEE**, Social Security No.: XXX-xx-2441, the sum of $312.00 per bi-weekly pay period.

2. Employer shall forward such deductions at least once each month to:

    Douglas W. Neway
    Chapter 13 Trustee
    PO Box 2079
    Memphis, TN 38101-2079

Employer shall place Debtor's case number on all checks sent to the Chapter 13 Trustee.

3. This order shall remain in effect until further Order of this Court or until any of the following occurs:

    (a) filing by the Chapter 13 Trustee of a Notice of Completion;

    (b) entry of an order converting this case to another chapter of the Bankruptcy Code.

    (c) entry of an order dismissing this Chapter 13 case.

DATED December 23, 2008, at Jacksonville, Florida.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

| | |
|---|---|
| DEBTOR: | Edna J. Lee<br>3755 Peachtree Street<br>Jacksonville, FL 32206 |
| TRUSTEE: | Douglas W. Neway<br>Chapter 13 Standing Trustee<br>PO Box 4308<br>Jacksonville, Florida 32201 |
| EMPLOYER: | Duval County Public Schools<br>1701 Prudential Drive<br>Jacksonville, FL 32207<br>Attn: Payroll Administrator<br>CONFIDENTIAL |
| ATTORNEY FOR DEBTOR: | Law Offices of Keith D. Collier<br>Keith D. Collier, Esquire<br>2350 Park Street<br>Jacksonville, FL 32204 |